**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-1314**

PAMELA BRUNNER,

             Plaintiff - Appellant,

        v.

MONTGOMERY COUNTY PUBLIC SCHOOLS,

             Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. J. Frederick Motz, District Judge. (1:06-
cv-02336-JFM)

Submitted:  June 26, 2008              Decided:  June 30, 2008

Before KING and DUNCAN, Circuit Judges, and WILKINS, Senior Circuit
Judge.

Affirmed by unpublished per curiam opinion.

Pamela Brunner, Appellant Pro Se.  Judith S. Bresler, Eric Charles
Brousaides, Columbia, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Pamela Brunner appeals the district court's order dismissing her claims of employment discrimination. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Brunner v. Montgomery County Pub. Sch., No: 1:06-cv-02336-JFM (D. Md. Feb. 19, 2008). We deny Appellee's motion to strike Brunner's reply brief. We also deny Brunner's motion to supplement her reply brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED